# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                             CASE NO.  3:02CR48/RV

DEVARRIAN VIRGIN

**REFERRAL AND ORDER**

Referred to Judge Vinson on   03/11/2009

Type of Motion/Pleading  MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)

Filed by: Defendant          on 4/14/08      Doc. No. 24

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                        on _____ Doc. No. _____

                                        on _____ Doc. No. _____

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ J. Marbut

                                        Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   11th   day of   March  , 2009, that:

(a) The requested relief is DENIED.

(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.

(c) The amendments do not affect the Defendant's sentencing guideline range.

                                        /s/ *Roger Vinson*
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

Document No.